FILED
MAR 10 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

United States District Court
Northern District of Illinois
Eastern Division

Kuwandis Davis

vs.

Kenneth Caldwell

CASE NO. 08 C 1238

Motion For a Partial Payment Agreement

Here comes plaintiff Kuwandis Davis submitting before the Court a Motion for a partial payment for filing fees required enlight of a civil claim filed on the behalf of myself. My reason for asking for a partial payment of fifty dollars a month is strictly for purposes of needing the money I have in my account to assist with legal issues I currently have. There is one situation in state court Ch# 24987 that requires all monetary help I can get and the money I've saved in my inmate trust fund account will be used if its necessary with trying to solve the matter. I currently ask for donations in the form of any increment to help with issue its currently being litigated by myself because I cant afford the legal fees at this particular time which leaves to assist myself in the best way I can. I'm not trying to circumvent any statues in place as far as the legal process goes I'm merely asking if there is any thing the court can do to assist in this matter I'd gladly appreciate it.

Respectfully Submitted
Kuwandis Davis
Kuwandis Davis

| | | |
|---|---|---|
| IN UNITED STATES | ☐ MAGISTRATE ☒ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) | |
| IN THE CASE OF | FOR | LOCATION NUMBER |
| KUWANDIS DAVIS v.s. KENNETH CALDWELL | AT | |

| PERSON REPRESENTED (Show your full name) | | DOCKET NUMBERS |
|---|---|---|
| | 1 ☐ Defendant—Adult | Magistrate |
| | 2 ☐ Defendant - Juvenile | |
| | 3 ☐ Appellant | District Court |
| CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony ☐ Misdemeanor | 4 ☐ Probation Violator | |
| | 5 ☐ Parole Violator | Court of Appeals |
| | 6 ☐ Habeas Petitioner | |
| | 7 ☐ 2255 Petitioner | |
| | 8 ☐ Material Witness | |
| | 9 ☐ Other | |

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☒ Yes ☐ No ☐ Am Self-Employed
Name and address of employer: Federal Correctional Institution Milan Michigan
IF YES, how much do you earn per month? $ 30.00
IF NO, give month and year of last employment. How much did you earn per month? $
If married is your Spouse employed? ☐ Yes ☒ No
IF YES, how much does your Spouse earn per month? $
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
RECEIVED $ ___ SOURCES ___

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☐ No IF YES, state total amount $

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: 400,000 / 900,000
DESCRIPTION: 6 unit Building 7040 S. Emerald Chgo, IL 60621; 6 unit Mixed Residential/Commercial 3570 W. Ogden, Chgo, IL 60623

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ☒ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 7
List persons you actually support and your relationship to them:
Latashia Williams-Common law wife, Kuwanna Streeter Daughter, Tatianna Streeter Daughter, Pain Davis Daughter, Kennedy Davis Daughter, Kiara Scott Daughter, Keshan Davis Daughter

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| Apartment Building | Popular Mortgage | $ 282,000 | $ 3,000 |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) March 04, 2008

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ► Kuwandis Davis

## All Transactions

| | | | | |
|---|---|---|---|---|
| Inmate Reg #: | 18880424 | Current Institution: | | Milan FCI |
| Inmate Name: | DAVIS, KUWADIS | Housing Unit: | | MIL-B-B |
| Report Date: | 03/04/2008 | Living Quarters: | | B07-020U |
| Report Time: | 2:07:45 PM | | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 1/20/2008 12:01:56 PM | Phone Withdrawal | ($1.00) | TFN0120 | | $1,640.14 |
| 1/18/2008 1:48:14 PM | Phone Withdrawal | ($1.00) | TFN0118 | | $1,641.14 |
| 1/16/2008 7:38:55 PM | Phone Withdrawal | ($1.00) | TFN0116 | | $1,642.14 |
| 1/16/2008 5:51:15 PM | Phone Withdrawal | ($1.00) | TFN0116 | | $1,643.14 |
| 1/16/2008 1:11:20 PM | Sales | ($9.60) | 53 | | $1,644.14 |
| 1/15/2008 3:49:32 PM | Phone Withdrawal | ($1.00) | TFN0115 | | $1,653.74 |
| 1/15/2008 3:08:06 PM | Phone Withdrawal | ($1.00) | TFN0115 | | $1,654.74 |
| 1/15/2008 2:30:49 PM | Inmate Co-pay | ($2.00) | HICP0108 | | $1,655.74 |
| 1/13/2008 9:52:37 PM | Phone Withdrawal | ($2.00) | TFN0113 | | $1,657.74 |
| 1/13/2008 8:28:41 PM | Phone Withdrawal | ($1.00) | TFN0113 | | $1,659.74 |
| 1/12/2008 6:53:42 AM | Phone Withdrawal | ($7.00) | TFN0112 | | $1,660.74 |
| 1/11/2008 3:33:44 PM | Phone Withdrawal | ($2.00) | TFN0111 | | $1,667.74 |
| 1/11/2008 2:13:25 PM | Western Union | $100.00 | 33307508 | | $1,669.74 |
| 1/11/2008 1:58:15 PM | Phone Withdrawal | ($1.00) | TFN0111 | | $1,569.74 |
| 1/10/2008 6:36:40 PM | Phone Withdrawal | ($1.00) | TFN0110 | | $1,570.74 |
| 1/9/2008 6:04:18 PM | Sales | ($25.90) | 79 | | $1,571.74 |
| 1/9/2008 5:19:18 PM | Phone Withdrawal | ($3.00) | TFN0109 | | $1,597.64 |
| 1/9/2008 4:34:39 PM | Phone Withdrawal | ($1.00) | TFN0109 | | $1,600.64 |
| 1/7/2008 6:11:41 PM | Sales | ($16.95) | 98 | | $1,601.64 |
| 1/7/2008 1:00:19 PM | Phone Withdrawal | ($5.00) | TFN0107 | | $1,618.59 |
| 1/5/2008 7:02:56 AM | Phone Withdrawal | ($7.00) | TFN0105 | | $1,623.59 |
| 1/3/2008 6:36:37 PM | Phone Withdrawal | ($10.00) | TFN0103 | | $1,630.59 |
| 1/1/2008 6:45:58 PM | Phone Withdrawal | ($10.00) | TFN0101 | | $1,640.59 |
| 1/1/2008 5:53:28 AM | Lockbox - CD | $50.00 | 70198801 | | $1,650.59 |
| 12/31/2007 5:21:22 AM | Lockbox - CD | $50.00 | 70198703 | | $1,600.59 |
| 12/30/2007 9:32:29 PM | Phone Withdrawal | ($10.00) | TFN1230 | | $1,550.59 |
| 12/29/2007 12:28:15 PM | Phone Withdrawal | ($11.00) | TFN1229 | | $1,560.59 |
| 12/29/2007 12:26:59 PM | Phone Withdrawal | ($5.00) | TFN1229 | | $1,571.59 |
| 12/28/2007 7:38:32 AM | Sales | ($13.80) | 13 | | $1,576.59 |
| 12/28/2007 6:43:25 AM | Phone Withdrawal | ($10.00) | TFN1228 | | $1,590.39 |
| 12/27/2007 6:29:41 PM | Phone Withdrawal | ($4.00) | TFN1227 | | $1,600.39 |
| 12/27/2007 6:21:20 PM | Phone Withdrawal | ($1.00) | TFN1227 | | $1,604.39 |
| 12/26/2007 4:35:19 PM | Phone Withdrawal | ($3.00) | TFN1226 | | $1,605.39 |
| 12/26/2007 1:20:28 PM | Western Union | $60.00 | 33306308 | | $1,608.39 |
| 12/26/2007 6:04:00 AM | Phone Withdrawal | ($2.00) | TFN1226 | | $1,548.39 |
| 12/25/2007 4:20:15 PM | Phone Withdrawal | ($6.00) | TFN1225 | | $1,550.39 |
| 12/25/2007 10:15:59 AM | Phone Withdrawal | ($5.00) | TFN1225 | | $1,556.39 |
| 12/24/2007 5:49:42 PM | Phone Withdrawal | ($3.00) | TFN1224 | | $1,561.39 |
| 12/24/2007 10:38:43 AM | Phone Withdrawal | ($1.00) | TFN1224 | | $1,564.39 |
| 12/23/2007 7:20:42 PM | Phone Withdrawal | ($2.00) | TFN1223 | | $1,565.39 |
| 12/23/2007 9:34:15 AM | Phone Withdrawal | ($1.00) | TFN1223 | | $1,567.39 |
| 12/22/2007 10:33:41 PM | Phone Withdrawal | ($1.00) | TFN1222 | | $1,568.39 |
| 12/22/2007 1:31:35 PM | Phone Withdrawal | ($1.00) | TFN1222 | | $1,569.39 |
| 12/21/2007 10:34:01 AM | Phone Withdrawal | ($3.00) | TFN1221 | | $1,570.39 |
| 12/21/2007 8:50:13 AM | Phone Withdrawal | ($1.00) | TFN1221 | | $1,573.39 |
| 12/20/2007 6:01:57 PM | Sales | ($239.45) | 38 | | $1,574.39 |
| 12/20/2007 1:17:07 PM | Phone Withdrawal | ($1.00) | TFN1220 | | $1,813.84 |
| 12/19/2007 8:29:57 PM | Phone Withdrawal | ($2.00) | TFN1219 | | $1,814.84 |
| 12/19/2007 7:15:57 AM | Phone Withdrawal | ($1.00) | TFN1219 | | $1,816.84 |
| 12/19/2007 3:19:30 AM | Transfer - In from TRUFACS | $1,817.84 | TX121907 | | $1,817.84 |

1 2 3

## All Transactions



| Inmate Reg #: | 18880424 | Current Institution: | Milan FCI |
| Inmate Name: | DAVIS, KUWADIS | Housing Unit: | MIL-B-B |
| Report Date: | 03/04/2008 | Living Quarters: | B07-020U |
| Report Time: | 2:08:20 PM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 3/4/2008 12:10:11 PM | Sales | ($10.20) | 51 | | $1,740.22 |
| 3/3/2008 3:18:31 PM | Western Union | $100.00 | 33311108 | | $1,750.42 |
| 3/2/2008 7:29:40 PM | Phone Withdrawal | ($19.00) | TFN0302 | | $1,650.42 |
| 3/2/2008 7:22:59 PM | Phone Withdrawal | ($1.00) | TFN0302 | | $1,669.42 |
| 3/2/2008 5:27:08 AM | Lockbox - CD | $50.00 | 70103002 | | $1,670.42 |
| 3/1/2008 7:29:52 PM | Phone Withdrawal | ($5.00) | TFN0301 | | $1,620.42 |
| 3/1/2008 6:04:18 PM | Phone Withdrawal | ($1.00) | TFN0301 | | $1,625.42 |
| 2/28/2008 11:44:42 AM | Sales | ($19.30) | 21 | | $1,626.42 |
| 2/26/2008 8:34:32 AM | Phone Withdrawal | ($3.00) | TFN0226 | | $1,645.72 |
| 2/25/2008 5:28:26 AM | Lockbox - CD | $50.00 | 70102503 | | $1,648.72 |
| 2/23/2008 9:49:19 PM | Phone Withdrawal | ($1.00) | TFN0223 | | $1,598.72 |
| 2/22/2008 7:29:17 AM | Phone Withdrawal | ($1.00) | TFN0222 | | $1,599.72 |
| 2/21/2008 4:18:06 PM | Phone Withdrawal | ($2.00) | TFN0221 | | $1,600.72 |
| 2/21/2008 1:06:06 PM | Sales | $1.15 | 46 | | $1,602.72 |
| 2/21/2008 1:04:06 PM | Sales | ($11.00) | 45 | | $1,601.57 |
| 2/21/2008 8:13:23 AM | Phone Withdrawal | ($1.00) | TFN0221 | | $1,612.57 |
| 2/20/2008 1:08:13 PM | Court Fees | ($350.00) | | 965 | $1,613.57 |
| 2/19/2008 10:17:08 PM | Phone Withdrawal | ($1.00) | TFN0219 | | $1,963.57 |
| 2/19/2008 1:44:57 PM | Sales | ($29.35) | 54 | | $1,964.57 |
| 2/18/2008 4:34:08 PM | Phone Withdrawal | ($1.00) | TFN0218 | | $1,993.92 |
| 2/16/2008 3:16:34 PM | Phone Withdrawal | ($5.00) | TFN0216 | | $1,994.92 |
| 2/16/2008 2:25:42 PM | Phone Withdrawal | ($1.00) | TFN0216 | | $1,999.92 |
| 2/14/2008 11:27:06 AM | Phone Withdrawal | ($10.00) | TFN0214 | | $2,000.92 |
| 2/13/2008 6:59:00 PM | Phone Withdrawal | ($1.00) | TFN0213 | | $2,010.92 |
| 2/13/2008 6:18:38 PM | Sales | ($29.55) | 63 | | $2,011.92 |
| 2/11/2008 1:46:27 PM | FRP Monthly Pymt | ($50.00) | HIS0014 | | $2,041.47 |
| 2/11/2008 10:46:55 AM | Payroll - IPP | $31.28 | HIPP0108 | | $2,091.47 |
| 2/10/2008 2:43:46 PM | Phone Withdrawal | ($10.00) | TFN0210 | | $2,060.19 |
| 2/9/2008 8:06:33 AM | Phone Withdrawal | ($9.00) | TFN0209 | | $2,070.19 |
| 2/8/2008 1:05:10 PM | Phone Withdrawal | ($2.00) | TFN0208 | | $2,079.19 |
| 2/8/2008 8:26:15 AM | Phone Withdrawal | ($1.00) | TFN0208 | | $2,081.19 |
| 2/7/2008 5:16:50 PM | Sales | ($11.70) | 76 | | $2,082.19 |
| 2/7/2008 4:26:02 PM | Phone Withdrawal | ($1.00) | TFN0207 | | $2,093.89 |
| 2/6/2008 3:11:51 PM | Western Union | $350.00 | 33309308 | | $2,094.89 |
| 2/6/2008 2:19:38 PM | Outside Savings | ($200.00) | | 868 | $1,744.89 |
| 2/5/2008 6:01:33 PM | Phone Withdrawal | ($1.00) | TFN0205 | | $1,944.89 |
| 2/4/2008 5:24:41 AM | Lockbox - CD | $350.00 | 70101103 | | $1,945.89 |
| 2/2/2008 9:17:00 AM | Phone Withdrawal | ($5.00) | TFN0202 | | $1,595.89 |
| 2/1/2008 12:39:18 PM | Phone Withdrawal | ($7.00) | TFN0201 | | $1,600.89 |
| 2/1/2008 11:59:08 AM | Phone Withdrawal | ($2.00) | TFN0201 | | $1,607.89 |
| 1/30/2008 4:17:39 PM | Phone Withdrawal | ($1.00) | TFN0130 | | $1,609.89 |
| 1/30/2008 12:03:57 PM | Sales | ($19.90) | 39 | | $1,610.89 |
| 1/30/2008 11:48:10 AM | Sales | ($2.35) | 42 | | $1,630.79 |
| 1/25/2008 6:43:05 PM | Phone Withdrawal | ($1.00) | TFN0125 | | $1,633.14 |
| 1/25/2008 4:15:06 PM | Phone Withdrawal | ($1.00) | TFN0125 | | $1,634.14 |
| 1/24/2008 4:24:52 PM | Phone Withdrawal | ($1.00) | TFN0124 | | $1,635.14 |
| 1/23/2008 7:03:19 PM | Phone Withdrawal | ($1.00) | TFN0123 | | $1,636.14 |
| 1/23/2008 4:39:54 PM | Phone Withdrawal | ($1.00) | TFN0123 | | $1,637.14 |
| 1/22/2008 10:30:59 PM | Phone Withdrawal | ($1.00) | TFN0122 | | $1,638.14 |
| 1/20/2008 1:36:09 PM | Phone Withdrawal | ($1.00) | TFN0120 | | $1,639.14 |

1 2 3

## All Transactions

| | | |
|---|---|---|
| Inmate Reg #: | 18880424 | Current Institution: Milan FCI |
| Inmate Name: | DAVIS, KUWADIS | Housing Unit: MIL-B-B |
| Report Date: | 03/04/2008 | Living Quarters: B07-020U |
| Report Time: | 2:07:36 PM | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 11/17/2007 4:55:18 AM | Transfer - Out to TRUFACS | $0.00 | TX111707 | | $0.00 |
| 11/8/2007 4:21:08 AM | Transfer - In from TRUFACS | $0.00 | TX110807 | | $0.00 |

1 2 3

This My in formas pauperus information Needed to go along with the Suit I filed last friday. also here is proof of Me Not receiving the Notice from the Court. I didnt until March. 03, 2008 due to an Error by the Mail room at our institution Im sending this Just to Aware the judge that I didnt deliberately ignore the order to further support my argument in My New Claim

OFFICE OF
CLERK OF THE U.S. DISTRICT COURT
UNITED STATES COURT HOUSE
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

RETURN TO SENDER
CANNOT BE DELIVERED AS ADDRESSED
NOT AUTHORIZED
UNAUTHORIZED
UNAUTHORIZED CORRESPONDENCE

$00.41⁰
US POSTAGE
Mailed From 60604
04/30/2008

RECEIVED
FEB 12 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NIXIE        462    DA 1        00    02/07/08
                RETURN TO SENDER
             NOT DELIVERABLE AS ADDRESSED
                   UNABLE TO FORWARD
BC: 60604180099        *2442-03853-30-37

Kuwandis Davis
#18880-424 :
Milan – FCI
P.O. Box 1000
Milan, MI 48160


1:08-cv-00230

Case 1:08-cv-00230   Document 6   Filed 03/28/2008   Page 9 of 20

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 230 | **DATE** | 1/28/2008 |
| **CASE TITLE** | Kuwandis Davis vs. Kenneth Caldwell | | |

**DOCKET ENTRY TEXT**

For the reasons stated below, Plaintiff's application to proceed in forma pauperis [5] is denied. Plaintiff is given until February 14, 2008, to pay the filing fee. Plaintiff is warned that if he fails to pay the filing fee by February 14, 2008, this action will be dismissed. Plaintiff's motion for appointment of counsel [4] is denied.

■[ For further details see text below.]   Docketing to mail notices.

### STATEMENT

This matter is before the court on Plaintiff Kuwandis Davis' ("Davis") motion for leave to proceed *in forma pauperis* and motion for appointment of counsel. The account statement for Davis' prison trust account indicates that he currently has an account balance of $1,568.39. Davis is currently incarcerated and is being provided with the necessities of life. Thus, Davis has not shown himself to be sufficiently indigent to warrant granting his motion for leave to proceed *in forma pauperis*. Therefore, we deny the motion for leave to proceed *in forma pauperis*. Davis is given until February 14, 2008, to pay the filing fee. Davis is warned that if he fails to pay the filing fee by February 14, 2008, this action will be dismissed.

Davis also seeks an appointment of counsel. An indigent civil litigant does not have a right to appointed counsel. *Forbes v. Edgar*, 112 F.3d 262, 264 (7th Cir. 1997). However, a court, in its discretion, can appoint counsel for indigents in a civil action pursuant to 28 U.S.C. § 1915(e)(1). In determining whether to appoint counsel for a civil litigant a court must consider the following factors: "(1) has the indigent plaintiff made a reasonable attempt to obtain counsel or been effectively precluded from doing so; and if so, (2) given the difficulty of the case, does the plaintiff appear competent to litigate it himself?" *Pruitt v. Mote*, 503 F.3d 647, 654, 661 (7th Cir. 2007)(stating that there is no presumption in favor of

granting or denying a motion for appointment of counsel and that each motion is to be considered individually). In considering the competency factor the court must determine "whether the difficulty of the case-factually and legally-exceeds the particular plaintiff's capacity as a layperson to coherently present it to the judge or jury himself." *Id.* at 655 (stating that "[t]he question is not whether a lawyer would present the case more effectively than the pro se plaintiff; 'if that were the test, district judges would be required to request counsel for every indigent litigant'")(quoting *Johnson v. Doughty,* 433 F.3d 1001, 1006 (7th Cir. 2006)). In assessing competency, the court must consider "whether the plaintiff appears competent to litigate his own claims, given their degree of difficulty, and this includes the tasks that normally attend litigation: evidence gathering, preparing and responding to motions and other court filings, and trial." *Id.* (emphasis omitted). In ruling on a motion for appointment of counsel the court should evaluate "evidence in the record bearing on the plaintiff's intellectual capacity and psychological history," including "any information submitted in support of the request for counsel, as well as the pleadings, communications from, and any contact with the plaintiff." *Id.* (stating that "in some cases-perhaps many cases-the record may be sparse" and that "[t]he inquiry into the plaintiff's capacity to handle his own case is a practical one, made in light of whatever relevant evidence is available on the question").

In the instant action, Davis has not shown himself to be indigent. In addition, Davis has not indicated that he has made efforts to obtain counsel and this case does not appear overly complex or difficult, factually or legally. We have considered the entire record in this case at this juncture, as it reflects on Davis' ability to coherently present his case as a layperson and his ability to perform the tasks that normally attend litigation. We conclude that, based upon the record before us, Davis is competent to present his case without the assistance of appointed counsel. Therefore, we find that an appointment of counsel is not warranted at this juncture and we deny the motion for appointment of counsel.