FILED
MAR 1 3 2008 aew
MAR 1 3 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Kuwandis Davis v. Kenneth Caldwell   Case # 08C1238

Here is my financial affidavit in support of my request to proceed with case under a partial payment plan of fifty dollars a month if the court sees it fit to do so. I submitted the affidavit along with proof of the mixups and inconsistencies with the mail that led to me refiling the case. I didn't have a case number to attach to it when I sent it. But here's my financial background since I've entered the Bureau of Prisons to assist with the decision of whether my request will be allowed through the petition I prepared.