

United States District Court
Northern District of Illinois
Eastern Division

Kuwandis Davis

vs.

Kenneth Caldwell                    CASE # 08C1238

MAR 13 2008
FILED
MAR 13 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Here comes plaintiff Kuwandis Davis asking this Honorable Court through this petition for a partial payment of Fifty Dollars a month towards court fees enlight of the Judges Refusal to allow me to proceed in Formas Paupers. I'm currently saving all donations given to me to help support a pending obligation concerning case # CH 24987 mentioned in my complaint. I can get Fifty Dollars a month from Grandmother every month to help pay the fees I have all the intentions of paying I was just trying to cover costs on other issues that may need my attention is all I ask the court to grant this request if the court sees it suitable.

Respectfully Submitted

Kuwandis Davis
Kuwandis Davis

Kuwandis Davis 18880-424
P.O. Box 1000
Federal Correctional Institution