MHN

**FILED**
MAR 28 2008
3-28-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

United States District Court
Northern District of Illinois

KUWANDIS DAVIS                              CASE NUMBER 08C1238
     vs.
KENNETH CALDWELL                             JUDGE NORDBERG

MOTION TO SET URGENT RECIEVERSHIP

Here comes the complainant before this honorable Court with this petition asking for an immediate order to set up a temporary account designated to hold all monies coming from the rentals of the apartments located at 3500-54 W. Ogden Chicago, Illinois 60623. There are repairs that need to made accounts payable that has to be paid that are overdue as well as basic living expenses that are in arrears due to this unfortunate situation that needs attendance immediately. Judge this situation before the Court was created through a criminal act of forgery and false attestment I ask the Court and the presiding Judge to rule expeditiously to bring immediate resolve to this matter.

Respectfully Submitted

Kuwandis Davis