MHW

FILED
MAR 28 2008
3-28-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

United States District Court
Northern District of Illinois

Kuwandis Davis            Case Number 08C1238
vs.
Kenneth Caldwell            Judge Nordberg

Motion to quash Quit Claim Deed and subsequent motion to discover full identity of the Notary public and subpeona before the Court for a hearing

Here comes the Complainant before this Honorable Court asking the Court to grant my Motion quashing quit Claim Deed Document Number 0711339095 from the Title of property located 3550-54 W. Ogden Chicago Illinois 60623 due to Fact one Forged Signatures Fact two False attestment by Notary public Bridgett Weatherly Fact three I've been Federal Custody as records will show since July 27, 2006 which makes it impossible to do this Anyhow. False attestment and Forgery are Factual reasons as evidenced through my studies of Federal law to strike this Document from the Record of property known as 3550-54 W. Ogden Chicago Illinois 60623 with a permanent real estate index number 16-23-400-092 I request the Court order the notary public in question records of identity through the State of Illinois Notary Division and order her before to explain how did her name and seal appear on this Document. I'm submitting before the Court A copy of the quit Claim Deed as evidence to support my Motion to quash Quit Claim Deed on the grounds of False attestment and Forgery and to order before this Court Ms. Bridgett Weatherly and schedule a hearing regarding these issues being raised before this

Respectfully Submitted
Kuwandis Davis
Kuwandis Davis

*Kuwandis Davis v. Kenneth Caldwell    CASE # 08C1238*

# QUIT CLAIM DEED
## ILLINOIS STATUTORY

MAIL TO:
Kenneth Caldwell
6 Cascade Pointe
Atlanta, GA 30331

NAME & ADDRESS OF TAXPAYER:



Doc#: 0711339095 Fee: $28.50
Eugene "Gene" Moore RHSP Fee:$10.00
Cook County Recorder of Deeds
Date: 04/23/2007 01:29 PM Pg: 1 of 3

THE GRANTOR(S) Kuwandis Davis and/ 3550-54 W. Ogden, Inc., as Trustee Under Trust Agreement Dated 2004 and Known As Trust Number One,
of the _____ of _____ County of Cook State of Illinois
for and in consideration of Ten and no/100 ($10.00) -------- DOLLARS
and other good and valuable considerations in hand paid,
CONVEY(S) AND QUIT CLAIM(S) to KENNETH CALDWELL

(GRANTEE'S ADDRESS) 6 Cascade Pointe
of the City of Atlanta County of Fulton State of Georgia
all interest in the following described real estate situated in the County of _____, in the State of Illinois,
to wit:

Lots 23, 24 and 25 in Huff & Mullen's Subdivision of 5 Acres in the Southwest corner of that part of the West 1/2 of the West 1/2 of the Southeast 1/4 Lying North of Ogden Avenue in Section 23, Township 39 North, Range 13, East of the Third Principal Meridian in Cook County, Illinois

NOTE: If additional space is required for legal - attach on separate 8-1/2" x 11" sheet with a minimum of 1/2" clear margin on all sides.

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.

Permanent Index Number(s): 16-23-400-092-0000
Property Address: 3550-54 W. Ogden Ave., Chicago, IL 60623

Dated this ___ day of ___ XX 2007
_____ (Seal)  3550-54 W. Ogden, INC (Seal)
Kuwandis Davis           By: _____
_____ (Seal)  Kwandis Davis, President (Seal)

NOTE: PLEASE TYPE OR PRINT NAME BELOW ALL SIGNATURES

COMPLIMENTS OF ⓜ Chicago Title Insurance Company

CTIC Form No. 1160

STATE OF ILLINOIS  ) ss.
County of _____  )

I, the undersigned, a Notary Public in and for said County, in the State aforesaid, CERTIFY THAT __Kuwandis Davis__ personally known to me to be the same person _____ whose name ___is___ subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that ___he___ signed, sealed and delivered the instrument as _his_ free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.*

Given under my hand and notarial seal, this __15TH__ day of __April__, A.D. 2007.

My commission expires on __2/29__  _____
                                    Notary Public

[IMPRESS SEAL HERE]

_____ COUNTY - ILLINOIS TRANSFER STAMP

* If Grantor is also Grantee you may want to strike Release & Waiver of Homestead Rights.

NAME AND ADDRESS OF PREPARER:
John E. Partelow, Esq.
820 W. Jackson Blvd., #300
Chicago, IL 60607

EXEMPT UNDER PROVISIONS OF PARAGRAPH
__E__ SECTION 4,
REAL ESTATE TRANSFER ACT
DATE: 4-13-07
_____
Signature of Buyer, Seller or Representative

** This conveyance must contain the name and address of the Grantee for tax billing purposes: (55 ILCS 5/3-5020) and name and address of the person preparing the instrument: (55 ILCS 5/3-5022).

QUIT CLAIM DEED
ILLINOIS STATUTORY

FROM

TO

## STATEMENT BY GRANTOR AND GRANTEE

The Grantor or his Agent affirms that, to the best of his knowledge, the name of the Grantor shown on the Deed or Assignment of Beneficial Interest in a land trust is either a natural person, an Illinois corporation or foreign corporation authorized to do business or acquire and hold title to real estate in Illinois, a partnership authorized to do business or acquire and hold title to real estate in Illinois, or other entity recognized as a person and authorized to do business or acquire title to real estate under the laws of the State of Illinois.

Dated  4-15 , 200_

Signature: _____
Grantor or Agent

Subscribed and sworn to before me
by the said _____
this 15th day of April , 2007
Notary Public _____

"OFFICIAL SEAL"
BRIDGETT WEATHERLY
Notary Public, State of Illinois
Commission Expires 12-20-2007

The Grantee or his Agent affirms and verifies that the name of the Grantee shown on the Deed or Assignment of Beneficial Interest in a land trust is either a natural person, an Illinois corporation or foreign corporation authorized to do business or acquire and hold title to real estate in Illinois, a partnership authorized to do business or acquire and hold title to real estate in Illinois, or other entity recognized as a person and authorized to do business or acquire and hold title to real estate under the laws of the State of Illinois.

Dated  April 15 , 2007

Signature: _____
Grantee or Agent

Subscribed and sworn to before me
by the said _____
this 15th day of April , 2007
Notary Public _____

"OFFICIAL SEAL"
BRIDGETT WEATHERLY
Notary Public, State of Illinois
Commission Expires 12-20-2007

Note: Any person who knowingly submits a false statement concerning the identity of a Grantee shall be guilty of a Class C misdemeanor for the first offense and of a Class A misdemeanor for subsequent offenses.

(Attached to Deed or ABI to be recorded in Cook County, Illinois, if exempt under the provisions of Section 4 of the Illinois Real Estate Transfer Tax Act.)

Revised 10/02-cp