United States District Court
Northern District of Illinois

Kywandis Davis
V.S.

Kenneth Caldwell

FILED
APR - 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CASE NO. 08C1238

APR 1, 2008    Judge Nordberg

Here comes the complainant before this Honorable Court and before Judge Nordberg requesting an order be drafted to the Department of Justice Bureau of Prisons ordering them to take out filing fees for this case to keep the unecessary problems from reoccuring as it happened twice of the money not posting on time and shall expidite the process of getting the money to the courts on time I have the money available in my inmate trust fund if it pleases the court I'm just trying get this matter resolved so I can move along with the proceedings

Respectfully Submitted

Kywandis Davis
Kywandis Davis