FILED
APR 2 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

10/10/2007

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

KUWANDIS DAVIS
Plaintiff

v.

KENNETH CALDWELL
Defendant(s)

CASE NUMBER 08C1238
JUDGE NORDBERG

---

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, KUWANDIS DAVIS, declare that I am the ☐plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions <u>under penalty of perjury</u>:

1. Are you currently incarcerated? ☒Yes ☐No (If "No," go to Question 2)
   I.D. # 18880-424    Name of prison or jail: F.C.I. MILAN MICHIGAN
   Do you receive any payment from the institution? ☒Yes ☐No   Monthly amount: 17.00

2. Are you currently employed?    ☐Yes    ☒No
   Monthly salary or wages: _____
   Name and address of employer: _____

   a. If the answer is "No":
      Date of last employment: _____
      Monthly salary or wages: _____
      Name and address of last employer: _____

   b. Are you married?    ☐Yes    ☒No
      Spouse's monthly salary or wages: _____
      Name and address of employer: _____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages    ☐Yes    ☒No
      Amount _____ Received by _____

  b. ☐ Business, ☐ profession or ☐ other self-employment ☐Yes ☒No
  Amount_____ Received by_____

  c. ☐ Rent payments, ☐ interest or ☐ dividends ☐Yes ☒No
  Amount_____ Received by_____

  d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                             ☐Yes ☒No
  Amount_____ Received by_____

  e. ☐ Gifts or ☐ inheritances ☐Yes ☒No
  Amount_____ Received by_____

  f. ☐ Any other sources (state source:_____) ☐Yes ☒No
  Amount_____ Received by_____

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts? ☐Yes ☒No Total amount:_____
  In whose name held:_____ Relationship to you:_____

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments? ☐Yes ☒No
  Property:_____ Current Value:_____
  In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)? ☐Yes ☐No
  Address of property: _3550 W. OGDEN  CHICAGO IL 60623_
  Type of property: _MIXED USE_ Current value: _280,000_
  In whose name held: _Khwhunsu Davis_ Relationship to you: _____
  Amount of monthly mortgage or loan payments: _PROPERTY IS currently in litigation_
  Name of person making payments: _AND IS THE Subject of the CASE_

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
                          ☐Yes ☒No
  Property:_____
  Current value:_____
  In whose name held:_____ Relationship to you:_____

8. List the persons <u>who are dependent on you for support</u>, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒No dependents
_____
_____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: April 14, 2008

_Kuwandis Davis_
Signature of Applicant

_KUWANDI DAVIS_
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, K. Davis, I.D.# 18880424, has the sum of $2,013.43 on account to his/her credit at (name of institution) FCI MILAN, MI. I further certify that the applicant has the following securities to his/her credit: ∅. I further certify that during the past six months the applicant's average monthly deposit was $ 3,608.88.

(Add all deposits from all sources and then divide by number of months).

4-16-2008
DATE

_Elena M Voggenreiter_
SIGNATURE OF AUTHORIZED OFFICER

_Elena M. Voggenreiter_
(Print name)

rev. 10/10/2007

-3-

Date: 04/16/2008  
Time: 8:45:43 am  

Federal Bureau of Prisons  
TRUFACS  
**Inmate Statement**  
Sensitive But Unclassified  

Facility: MIL  



### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 18880424 | Living Quarters: | B07-020U |
| Inmate Name: | DAVIS, KUWADIS | Arrived From: | THA |
| Current Site Name: | Milan FCI | Transferred To: | |
| Housing Unit: | MIL-B-B | Account Creation Date: | 11/6/2007 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| MIL | 11/08/2007 04:21:08 AM | TX110807 | | | Transfer - In from TRUFACS | $0.00 | | $0.00 |
| MIL | 11/17/2007 04:55:18 AM | TX111707 | | | Transfer - Out to TRUFACS | $0.00 | | $0.00 |
| MIL | 12/19/2007 03:19:30 AM | TX121907 | | | Transfer - In from TRUFACS | $1,817.84 | | $1,817.84 |
| MIL | 12/19/2007 07:15:57 AM | TFN1219 | | | Phone Withdrawal | ($1.00) | | $1,816.84 |
| MIL | 12/19/2007 08:29:57 PM | TFN1219 | | | Phone Withdrawal | ($2.00) | | $1,814.84 |
| MIL | 12/20/2007 01:17:07 PM | TFN1220 | | | Phone Withdrawal | ($1.00) | | $1,813.84 |
| MIL | 12/20/2007 06:01:57 PM | 38 | | | Sales | ($239.45) | | $1,574.39 |
| MIL | 12/21/2007 08:50:13 AM | TFN1221 | | | Phone Withdrawal | ($1.00) | | $1,573.39 |
| MIL | 12/21/2007 10:34:01 AM | TFN1221 | | | Phone Withdrawal | ($3.00) | | $1,570.39 |
| MIL | 12/22/2007 01:31:35 PM | TFN1222 | | | Phone Withdrawal | ($1.00) | | $1,569.39 |
| MIL | 12/22/2007 10:33:41 PM | TFN1222 | | | Phone Withdrawal | ($1.00) | | $1,568.39 |
| MIL | 12/23/2007 09:34:15 AM | TFN1223 | | | Phone Withdrawal | ($1.00) | | $1,567.39 |
| MIL | 12/23/2007 07:20:42 PM | TFN1223 | | | Phone Withdrawal | ($2.00) | | $1,565.39 |
| MIL | 12/24/2007 10:38:43 AM | TFN1224 | | | Phone Withdrawal | ($1.00) | | $1,564.39 |
| MIL | 12/24/2007 05:49:42 PM | TFN1224 | | | Phone Withdrawal | ($3.00) | | $1,561.39 |
| MIL | 12/25/2007 10:15:59 AM | TFN1225 | | | Phone Withdrawal | ($5.00) | | $1,556.39 |
| MIL | 12/25/2007 04:20:15 PM | TFN1225 | | | Phone Withdrawal | ($6.00) | | $1,550.39 |
| MIL | 12/26/2007 06:04:00 AM | TFN1226 | | | Phone Withdrawal | ($2.00) | | $1,548.39 |

Page 1

Date: 04/16/2008
Time: 8:45:44 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: MIL

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 18880424 | Living Quarters: | B07-020U |
| Inmate Name: | DAVIS, KUWADIS | Arrived From: | THA |
| Current Site Name: | Milan FCI | Transferred To: | |
| Housing Unit: | MIL-B-B | Account Creation Date: | 11/6/2007 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| MIL | 12/26/2007 01:20:28 PM | 33306308 | | | Western Union | $60.00 | | $1,608.39 |
| MIL | 12/26/2007 04:35:19 PM | TFN1226 | | | Phone Withdrawal | ($3.00) | | $1,605.39 |
| MIL | 12/27/2007 06:21:20 PM | TFN1227 | | | Phone Withdrawal | ($1.00) | | $1,604.39 |
| MIL | 12/27/2007 06:29:41 PM | TFN1227 | | | Phone Withdrawal | ($4.00) | | $1,600.39 |
| MIL | 12/28/2007 06:43:25 AM | TFN1228 | | | Phone Withdrawal | ($10.00) | | $1,590.39 |
| MIL | 12/28/2007 07:38:32 AM | 13 | | | Sales | ($13.80) | | $1,576.59 |
| MIL | 12/29/2007 12:26:59 PM | TFN1229 | | | Phone Withdrawal | ($5.00) | | $1,571.59 |
| MIL | 12/29/2007 12:28:15 PM | TFN1229 | | | Phone Withdrawal | ($11.00) | | $1,560.59 |
| MIL | 12/30/2007 09:32:29 PM | TFN1230 | | | Phone Withdrawal | ($10.00) | | $1,550.59 |
| MIL | 12/31/2007 05:21:22 AM | 70198703 | | | Lockbox - CD | $50.00 | | $1,600.59 |
| MIL | 01/01/2008 05:53:28 AM | 70198801 | | | Lockbox - CD | $50.00 | | $1,650.59 |
| MIL | 01/01/2008 06:45:58 PM | TFN0101 | | | Phone Withdrawal | ($10.00) | | $1,640.59 |
| MIL | 01/03/2008 06:36:37 PM | TFN0103 | | | Phone Withdrawal | ($10.00) | | $1,630.59 |
| MIL | 01/05/2008 07:02:56 AM | TFN0105 | | | Phone Withdrawal | ($7.00) | | $1,623.59 |
| MIL | 01/07/2008 01:00:19 PM | TFN0107 | | | Phone Withdrawal | ($5.00) | | $1,618.59 |
| MIL | 01/07/2008 06:11:41 PM | 98 | | | Sales | ($16.95) | | $1,601.64 |
| MIL | 01/09/2008 04:34:39 PM | TFN0109 | | | Phone Withdrawal | ($1.00) | | $1,600.64 |
| MIL | 01/09/2008 05:19:18 PM | TFN0109 | | | Phone Withdrawal | ($3.00) | | $1,597.64 |
| MIL | 01/09/2008 06:04:18 PM | 79 | | | Sales | ($25.90) | | $1,571.74 |
| MIL | 01/10/2008 06:36:40 PM | TFN0110 | | | Phone Withdrawal | ($1.00) | | $1,570.74 |
| MIL | 01/11/2008 01:58:15 PM | TFN0111 | | | Phone Withdrawal | ($1.00) | | $1,569.74 |
| MIL | 01/11/2008 02:13:25 PM | 333307508 | | | Western Union | $100.00 | | $1,669.74 |
| MIL | 01/11/2008 03:33:44 PM | TFN0111 | | | Phone Withdrawal | ($2.00) | | $1,667.74 |
| MIL | 01/12/2008 06:53:42 AM | TFN0112 | | | Phone Withdrawal | ($7.00) | | $1,660.74 |
| MIL | 01/13/2008 08:28:41 PM | TFN0113 | | | Phone Withdrawal | ($1.00) | | $1,659.74 |
| MIL | 01/13/2008 09:52:37 PM | TFN0113 | | | Phone Withdrawal | ($2.00) | | $1,657.74 |
| MIL | 01/15/2008 02:30:49 PM | HICP0108 | | | Inmate Co-pay | ($2.00) | | $1,655.74 |
| MIL | 01/15/2008 03:08:06 PM | TFN0115 | | | Phone Withdrawal | ($1.00) | | $1,654.74 |
| MIL | 01/15/2008 03:49:32 PM | TFN0115 | | | Phone Withdrawal | ($1.00) | | $1,653.74 |
| MIL | 01/16/2008 01:11:20 PM | 53 | | | Sales | ($9.60) | | $1,644.14 |

Page 2

Date: 04/16/2008  
Time: 8:45:44 am  

Federal Bureau of Prisons  
TRUFACS  
Inmate Statement  
Sensitive But Unclassified  

Facility: MIL  

## General Information

| | |
|---|---|
| Inmate Reg#: | 18860-424 |
| Inmate Name: | DAVIS, KUWADIS |
| Current Site Name: | Milan FCI |
| Housing Unit: | MIL-B-B |
| Living Quarters: | B07-020U |
| Arrived From: | THA |
| Transferred To: | |
| Account Creation Date: | 11/6/2007 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| MIL | 01/16/2008 05:51:15 PM | TRN0116 | | | Phone Withdrawal | ($1.00) | | $1,643.14 |
| MIL | 01/16/2008 07:38:55 PM | TRN0116 | | | Phone Withdrawal | ($1.00) | | $1,642.14 |
| MIL | 01/18/2008 01:48:14 PM | TRN0118 | | | Phone Withdrawal | ($1.00) | | $1,641.14 |
| MIL | 01/20/2008 12:01:56 PM | TRN0120 | | | Phone Withdrawal | ($1.00) | | $1,640.14 |
| MIL | 01/20/2008 01:36:09 PM | TRN0120 | | | Phone Withdrawal | ($1.00) | | $1,639.14 |
| MIL | 01/22/2008 10:30:59 PM | TRN0122 | | | Phone Withdrawal | ($1.00) | | $1,638.14 |
| MIL | 01/23/2008 04:39:54 PM | TRN0123 | | | Phone Withdrawal | ($1.00) | | $1,637.14 |
| MIL | 01/23/2008 07:03:19 PM | TRN0123 | | | Phone Withdrawal | ($1.00) | | $1,636.14 |
| MIL | 01/24/2008 04:24:52 PM | TRN0124 | | | Phone Withdrawal | ($1.00) | | $1,635.14 |
| MIL | 01/25/2008 04:15:06 PM | TRN0125 | | | Phone Withdrawal | ($1.00) | | $1,634.14 |
| MIL | 01/25/2008 06:43:05 PM | TRN0125 | | | Phone Withdrawal | ($1.00) | | $1,633.14 |
| MIL | 01/30/2008 11:48:10 AM | 42 | | | Sales | ($2.35) | | $1,630.79 |
| MIL | 01/30/2008 12:03:57 PM | 39 | | | Sales | ($19.90) | | $1,610.89 |
| MIL | 01/30/2008 04:17:39 PM | TRN0130 | | | Phone Withdrawal | ($1.00) | | $1,609.89 |
| MIL | 02/01/2008 11:59:08 AM | TRN0201 | | | Phone Withdrawal | ($2.00) | | $1,607.89 |
| MIL | 02/01/2008 12:39:18 PM | TRN0201 | | | Phone Withdrawal | ($7.00) | | $1,600.89 |
| MIL | 02/02/2008 09:17:00 AM | TRN0202 | | | Phone Withdrawal | ($5.00) | | $1,595.89 |
| MIL | 02/04/2008 05:24:41 AM | 70101103 | | | Lockbox - CD | $350.00 | | $1,945.89 |
| MIL | 02/05/2008 06:01:33 PM | TRN0205 | | | Phone Withdrawal | ($1.00) | | $1,944.89 |
| MIL | 02/06/2008 02:19:38 PM | | 868 | | Outside Savings | ($200.00) | | $1,744.89 |
| MIL | 02/06/2008 03:11:51 PM | 33309308 | | | Western Union | $350.00 | | $2,094.89 |
| MIL | 02/07/2008 04:26:02 PM | TRN0207 | | | Phone Withdrawal | ($1.00) | | $2,093.89 |
| MIL | 02/07/2008 05:16:50 PM | 76 | | | Sales | ($11.70) | | $2,082.19 |
| MIL | 02/08/2008 08:26:15 AM | TRN0208 | | | Phone Withdrawal | ($1.00) | | $2,081.19 |
| MIL | 02/08/2008 01:05:10 PM | TRN0208 | | | Phone Withdrawal | ($2.00) | | $2,079.19 |
| MIL | 02/09/2008 08:06:33 AM | TRN0209 | | | Phone Withdrawal | ($9.00) | | $2,070.19 |
| MIL | 02/10/2008 02:43:46 PM | TRN0210 | | | Phone Withdrawal | ($10.00) | | $2,060.19 |
| MIL | 02/11/2008 10:46:55 AM | HIPP0108 | | | Payroll - IPP | $31.28 | | $2,091.47 |
| MIL | 02/11/2008 01:46:27 PM | HIS0014 | | | FRP Monthly Pymt | ($50.00) | | $2,041.47 |
| MIL | 02/13/2008 06:18:38 PM | 63 | | | Sales | ($29.55) | | $2,011.92 |

Page 3

Date: 04/16/2008
Time: 8:45:44 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: MIL

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 18880424 | Living Quarters: | B07-020U |
| Inmate Name: | DAVIS, KUWADIS | Arrived From: | THA |
| Current Site Name: | Milan FCI | Transferred To: | |
| Housing Unit: | MIL-B-B | Account Creation Date: | 11/6/2007 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| MIL | 02/13/2008 06:59:00 PM | TFN0213 | | | Phone Withdrawal | ($1.00) | | $2,010.92 |
| MIL | 02/14/2008 11:27:06 AM | TFN0214 | | | Phone Withdrawal | ($10.00) | | $2,000.92 |
| MIL | 02/16/2008 02:25:42 PM | TFN0216 | | | Phone Withdrawal | ($1.00) | | $1,999.92 |
| MIL | 02/16/2008 03:16:34 PM | TFN0216 | | | Phone Withdrawal | ($5.00) | | $1,994.92 |
| MIL | 02/18/2008 04:34:08 PM | TFN0218 | | | Phone Withdrawal | ($1.00) | | $1,993.92 |
| MIL | 02/19/2008 01:44:57 PM | 54 | | | Sales | ($29.35) | | $1,964.57 |
| MIL | 02/19/2008 10:17:08 PM | TFN0219 | | | Phone Withdrawal | ($1.00) | | $1,963.57 |
| MIL | 02/20/2008 01:08:13 PM | | | 965 | Court Fees | ($350.00) | | $1,613.57 |
| MIL | 02/21/2008 08:13:23 AM | TFN0221 | | | Phone Withdrawal | ($1.00) | | $1,612.57 |
| MIL | 02/21/2008 01:04:06 PM | 45 | | | Sales | ($11.00) | | $1,601.57 |
| MIL | 02/21/2008 01:06:06 PM | 46 | | | Sales | $1.15 | | $1,602.72 |
| MIL | 02/21/2008 04:18:06 PM | TFN0221 | | | Phone Withdrawal | ($2.00) | | $1,600.72 |
| MIL | 02/22/2008 07:29:17 AM | TFN0222 | | | Phone Withdrawal | ($1.00) | | $1,599.72 |
| MIL | 02/23/2008 09:49:19 PM | TFN0223 | | | Phone Withdrawal | ($1.00) | | $1,598.72 |
| MIL | 02/25/2008 05:28:26 AM | 70102503 | | | Lockbox - CD | $50.00 | | $1,648.72 |
| MIL | 02/26/2008 08:34:32 AM | TFN0226 | | | Phone Withdrawal | ($3.00) | | $1,645.72 |
| MIL | 02/28/2008 11:44:42 AM | 21 | | | Sales | ($19.30) | | $1,626.42 |
| MIL | 03/01/2008 06:04:18 PM | TFN0301 | | | Phone Withdrawal | ($1.00) | | $1,625.42 |
| MIL | 03/01/2008 07:29:52 PM | TFN0301 | | | Phone Withdrawal | ($5.00) | | $1,620.42 |
| MIL | 03/02/2008 05:27:08 AM | 70103002 | | | Lockbox - CD | $50.00 | | $1,670.42 |
| MIL | 03/02/2008 07:22:59 PM | TFN0302 | | | Phone Withdrawal | ($1.00) | | $1,669.42 |
| MIL | 03/02/2008 07:29:40 PM | TFN0302 | | | Phone Withdrawal | ($19.00) | | $1,650.42 |
| MIL | 03/03/2008 03:18:31 PM | 33311108 | | | Western Union | $100.00 | | $1,750.42 |
| MIL | 03/04/2008 12:10:11 PM | 51 | | | Sales | ($10.20) | | $1,740.22 |
| MIL | 03/05/2008 02:44:58 PM | TFN0305 | | | Phone Withdrawal | ($1.00) | | $1,739.22 |
| MIL | 03/05/2008 04:38:33 PM | TFN0305 | | | Phone Withdrawal | ($2.00) | | $1,737.22 |
| MIL | 03/06/2008 07:52:36 AM | TFN0306 | | | Phone Withdrawal | ($1.00) | | $1,736.22 |
| MIL | 03/06/2008 08:38:43 AM | TFN0306 | | | Phone Withdrawal | ($3.00) | | $1,733.22 |
| MIL | 03/07/2008 02:11:08 PM | TFN0307 | | | Phone Withdrawal | ($1.00) | | $1,732.22 |
| MIL | 03/07/2008 10:14:13 PM | TFN0307 | | | Phone Withdrawal | ($1.00) | | $1,731.22 |

Page 4

Date: 04/16/2008  
Time: 8:45:44 am

Federal Bureau of Prisons  
TRUFACS  
**Inmate Statement**  
Sensitive But Unclassified

Facility: MIL

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 18880424 | Living Quarters: | B07-020U |
| Inmate Name: | DAVIS, KUWADIS | Arrived From: | THA |
| Current Site Name: | Milan FCI | Transferred To: | |
| Housing Unit: | MIL-B-B | Account Creation Date: | 11/6/2007 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| MIL | 03/08/2008 06:35:38 PM | TFN0308 | | | Phone Withdrawal | ($1.00) | | $1,730.22 |
| MIL | 03/08/2008 07:49:17 PM | TFN0308 | | | Phone Withdrawal | ($1.00) | | $1,729.22 |
| MIL | 03/09/2008 04:33:50 PM | TFN0309 | | | Phone Withdrawal | ($1.00) | | $1,728.22 |
| MIL | 03/09/2008 09:45:32 PM | TFN0309 | | | Phone Withdrawal | ($1.00) | | $1,727.22 |
| MIL | 03/10/2008 08:40:05 AM | HIPP02208 | | | Payroll - IPP | $20.40 | | $1,747.62 |
| MIL | 03/10/2008 09:19:12 AM | HIS0017 | | | FRP Monthly Pymt | ($50.00) | | $1,697.62 |
| MIL | 03/10/2008 09:43:48 PM | TFN0310 | | | Phone Withdrawal | ($1.00) | | $1,696.62 |
| MIL | 03/11/2008 08:51:42 AM | TFN0311 | | | Phone Withdrawal | ($1.00) | | $1,695.62 |
| MIL | 03/11/2008 10:39:21 AM | TFN0311 | | | Phone Withdrawal | ($5.00) | | $1,690.62 |
| MIL | 03/12/2008 07:41:17 AM | TFN0312 | | | Phone Withdrawal | ($1.00) | | $1,689.62 |
| MIL | 03/12/2008 10:31:27 AM | TFN0312 | | | Phone Withdrawal | ($2.00) | | $1,687.62 |
| MIL | 03/13/2008 07:39:00 AM | 12 | | | Sales | ($23.30) | | $1,664.32 |
| MIL | 03/13/2008 07:48:26 AM | TFN0313 | | | Phone Withdrawal | ($14.00) | | $1,650.32 |
| MIL | 03/14/2008 05:36:19 AM | 70103901 | | | Lockbox - CD | $350.00 | | $2,000.32 |
| MIL | 03/20/2008 07:44:40 AM | 12 | | | Sales | ($15.70) | | $1,984.62 |
| MIL | 03/24/2008 12:41:27 PM | TFN0324 | | | Phone Withdrawal | ($1.00) | | $1,983.62 |
| MIL | 03/27/2008 05:15:56 AM | 70104801 | | | Lockbox - CD | $25.00 | | $2,008.62 |
| MIL | 04/01/2008 07:46:59 AM | TFN0401 | | | Phone Withdrawal | ($1.00) | | $2,007.62 |
| MIL | 04/01/2008 08:11:59 AM | TFN0401 | | | Phone Withdrawal | ($7.00) | | $2,000.62 |
| MIL | 04/02/2008 08:33:06 AM | TFN0402 | | | Phone Withdrawal | ($1.00) | | $1,999.62 |
| MIL | 04/02/2008 09:35:18 AM | TFN0402 | | | Phone Withdrawal | ($9.00) | | $1,990.62 |
| MIL | 04/02/2008 11:13:44 AM | 333133308 | | | Western Union | $100.00 | | $2,090.62 |
| MIL | 04/02/2008 01:16:44 PM | 76 | | | Sales | ($38.40) | | $2,052.22 |
| MIL | 04/03/2008 03:59:32 PM | TFN0403 | | | Phone Withdrawal | ($2.00) | | $2,050.22 |
| MIL | 04/03/2008 05:24:51 PM | TFN0403 | | | Phone Withdrawal | ($10.00) | | $2,040.22 |
| MIL | 04/05/2008 11:07:53 PM | TFN0405 | | | Phone Withdrawal | ($1.00) | | $2,039.22 |
| MIL | 04/06/2008 05:10:03 PM | TFN0406 | | | Phone Withdrawal | ($1.00) | | $2,038.22 |
| MIL | 04/06/2008 06:32:29 PM | TFN0406 | | | Phone Withdrawal | ($3.00) | | $2,035.22 |
| MIL | 04/07/2008 09:03:18 PM | TFN0407 | | | Phone Withdrawal | ($1.00) | | $2,034.22 |
| MIL | 04/08/2008 12:29:03 PM | TFN0408 | | | Phone Withdrawal | ($1.00) | | $2,033.22 |

Page 5

Date: 04/16/2008  
Time: 8:45:44 am  

Federal Bureau of Prisons  
TRUFACS  
**Inmate Statement**  
Sensitive But Unclassified  

Facility: MIL

## General Information

| Inmate Reg#: | 18880424 | Living Quarters: | B07-020U |
|---|---|---|---|
| Inmate Name: | DAVIS, KUWADIS | Arrived From: | THA |
| Current Site Name: | Milan FCI | Transferred To: | |
| Housing Unit: | MIL-B-B | Account Creation Date: | 11/6/2007 |

## Transaction Details

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| MIL | 04/08/2008 01:12:32 PM | 65 | | | Sales | ($11.95) | | $2,021.27 |
| MIL | 04/08/2008 10:02:46 PM | TFN0408 | | | Phone Withdrawal | ($1.00) | | $2,020.27 |
| MIL | 04/09/2008 01:52:05 PM | TFN0409 | | | Phone Withdrawal | ($1.00) | | $2,019.27 |
| MIL | 04/09/2008 02:15:28 PM | TFN0409 | | | Phone Withdrawal | ($2.00) | | $2,017.27 |
| MIL | 04/10/2008 08:17:17 AM | HIPP0308 | | | Payroll - IPP | $17.16 | | $2,034.43 |
| MIL | 04/10/2008 10:46:42 AM | TFN0410 | | | Phone Withdrawal | ($1.00) | | $2,033.43 |
| MIL | 04/10/2008 10:52:44 AM | TFN0410 | | | Phone Withdrawal | ($3.00) | | $2,030.43 |
| MIL | 04/11/2008 08:03:04 AM | TFN0411 | | | Phone Withdrawal | ($1.00) | | $2,029.43 |
| MIL | 04/11/2008 01:03:09 PM | TFN0411 | | | Phone Withdrawal | ($2.00) | | $2,027.43 |
| MIL | 04/12/2008 09:56:28 AM | TFN0412 | | | Phone Withdrawal | ($1.00) | | $2,026.43 |
| MIL | 04/12/2008 11:21:16 AM | TFN0412 | | | Phone Withdrawal | ($6.00) | | $2,020.43 |
| MIL | 04/13/2008 05:11:23 PM | TFN0413 | | | Phone Withdrawal | ($1.00) | | $2,019.43 |
| MIL | 04/13/2008 07:56:05 PM | TFN0413 | | | Phone Withdrawal | ($1.00) | | $2,018.43 |
| MIL | 04/14/2008 04:51:23 PM | TFN0414 | | | Phone Withdrawal | ($2.00) | | $2,016.43 |
| MIL | 04/14/2008 11:28:12 PM | TFN0414 | | | Phone Withdrawal | ($1.00) | | $2,015.43 |
| MIL | 04/15/2008 04:49:16 PM | TFN0415 | | | Phone Withdrawal | ($2.00) | | $2,013.43 |
| | | | | | Totals: | | | |

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| MIL | $2,013.43 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,013.43 |
| Totals: | | | | | | | | |

Page 6

Date: 04/16/2008
Time: 8:45:44 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: MIL

Page 7

### General Information

| | | | | |
|---|---|---|---|---|
| Inmate Reg#: | 18880424 | Living Quarters: | B07-020U | |
| Inmate Name: | DAVIS, KUWADIS | Arrived From: | THA | |
| Current Site Name: | Milan FCI | Transferred To: | | |
| Housing Unit: | MIL-B-B | Account Creation Date: | 11/6/2007 | |

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | National 6 Months Avg Daily Balance | Local Max. Balance - Prev. 30 Days | Average Balance - Prev. 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $3,608.88 | $1,597.20 | $1,610.33 | $2,090.62 | $2,011.66 | N/A | N/A |