UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



RECEIVED
FEB 29 2008
2-29-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

KUWANUIS DAVIS

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

KENNETH CALDWELL

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

08CV1238
JUDGE NORDBERG
MAG.JUDGE MASON

Case No:_____
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

☐ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

✓ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code (federal defendants)

☐ OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

    A.  Name: Kuwamou Davis

    B.  List all aliases: John L. Ivy

    C.  Prisoner identification number: 18880-424

    D.  Place of present confinement: F.C.I. Milan

    E.  Address: P.O Box 1000 Milan Michigan 48160

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

    A.  Defendant: Kenneth Caldwell

    Title: Real Estate Investor

    Place of Employment: 671 W. Wayman Chgo, IL 60661  6 Cascade Pointe Atlanta GA 3*331

    B.  Defendant: ___

    Title: ___

    Place of Employment: ___

    C.  Defendant: ___

    Title: ___

    Place of Employment: ___

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Kuwandis Davis v. Kenneth Caldwell 08C0230 Kuwandis Davis v. Mathew Mahoney 07

B. Approximate date of filing lawsuit: January 10, 2008

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Kuwandis Davis

D. List all defendants: Kenneth Caldwell

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District of Illinois

F. Name of judge to whom case was assigned: Judge Der-Yeghiayan

G. Basic claim made: return of property and Monetary Damages

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Case was Dismissed in Error

I. Approximate date of disposition: 

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: KUWANDIS D. DAVIS V. MATTHEW L. MAHONEY

B. Approximate date of filing lawsuit: NOVEMBER 1st, 2006

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: KUWANDIS D. DAVIS

D. List all defendants: MATTHEW L. MAHONEY

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): NORTHERN District of Illinois EASTERN DIVISION

F. Name of judge to whom case was assigned: ___

G. Basic claim made: REPAYMENT OF MONIES OWED AND COURT COSTS

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): THE CASE IS still PENDING

I. Approximate date of disposition: ___

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

**IV. Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

① I filed a case on the 6th of January 2008 Kuwambis Davis V. Kenneth Caldwell case # 08C230 Assigned to Judge Der Yeghian Today I was notified by mail that the case was dismissed for failure to pay fees ordered by the court. A legal notice was never sent to me stating the denying of motion. The order was given on the nineteenth of February that I was given until the 14th of February to pay the fee I never got the notice to act on getting the payment processed through the Bureau of Prisons Trust Fund Department. Had I known this I had a payment processed for another case that I currently have in the court under the same Judge I would've processed them together.

② On April 23, 2007 a fraudulent deed was recorded in the name of Kenneth Caldwell which was prepared by Kenneth Caldwell and/or one of his associates and by John E. Pate Low ESQ. Which I know. As a client of his. He didn't prepare it the document I never appeared before the notary in question Bridgett Weatherly at all. I've been incarcerated since July 27 2006 which makes it impossible to have done this. I first recognized this on the information provided to me by Cook County Recorder of Deeds rep around the 20th of October 2007 I immediately contacted parties

involved pertaining this matter. Most importantly Metropolitan Bank who lended Kenneth Caldwell 120,000 on a building he doesn't own and obtained ownership through a fraudulent deed. I asked Mr. Caldwell to act voluntarily in cessation to remove himself from the situation. He didn't have a right to do what he did. I didn't get a response. This act of fraud stemmed from a failed business deal on or about March 30, 2007 to management estate owned by plaintiff (Kuwandic Davis) The defendant took it upon himself to commit this act of fraud to defraud the bank out of 120,000 knowing he didn't own the property in question.

② The defendant placed himself on another piece of property through a fraudulent deed as well under the exact circumstances concerning the property mentioned in the above paragraph. I never appeared before this notary in question according to the sworn statement which is impossible. Due to this act of fraud a lawsuit was filed against the plaintiff property located at 2640 S. Emerald Chgo, IL 60621 which I couldn't resolve because of the time issue which prohibited proper financing I needed to do so. I found out of this problem on August 15, 2007 through probation officer Todd McKechnie when he conducted an interview with the defendant about real estate managed through his company CAS real estate services. That's when I first learned of him placing himself on title. According to the statement by Todd Kechnie quoting his words in exact that he turned property

over to his rightful owner(s). I found out from a title search inquiry when applying for a loan to settle some debts that he was on the title and he didn't remove himself according to the information I got from Mr. McKechnie. Through Mr. Caldwell actions he have caused pain and suffering to me and my children's mental state and discomfort which makes it hard for them to function during my stay away from them. Properties involved are 3550-54 W. Ogden Chgo, IL 60623 and 7040 S. Emerald Chgo, IL 60621

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Immediately remove him from title immediately hold him responsible for loan taken out on property of Doom$ and grant me a receiver of my choice to manage both K.D. properties in question and remove the strike off my record for the K.D. dismissal of previous case filed due to lack of knowledge of legal notice sent, grant 300,000 for pain and suffering and in the event of criminal prosecution hold me harmless and grant a stay in judgement in case # ch 24987 until matter is resolved granting me time to settle it amicably and allow time for money to be sent.

VI.  The plaintiff demands that the case be tried by a jury. ☐ YES ☑ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 25th day of February 20 08

_____
(Signature of plaintiff or plaintiffs)

Kwandii Davis
(Print name)

18880-424
(I.D. Number)