HHN

**FILED**

United States District Court
Northern District of Illinois
Eastern Division

JUN - 5 2008 *aaw*
6-5-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(08 CV 1238)

Kuwandis Davis

vs.

Kenneth Caldwell

Case no. 08C1238

Judge Nordberg

Motion to quash Quit Claim Deed and subsequent Hearing to Appear before Notary in question

Here's comes the petitioner Kuwandis Davis Before the Honorable Court where Judge Nordberg is presiding asking the Courts through a subsequent motion of the one that was filed earlier of the same issue but different property to quash quit claim recorded against property located at 7040 S. Emerald Chicago, Illinois 60621. This Deed was discovered May 19, 2008 through research search done by Cruz and Cruz realty to settle financial stress on property under obligations due monetarily to Bank of New York. The immediate procurement was imminent until this was discovered and prompted an immediate involuntary cessation on the behalf of Cruz and Cruz Realty to finish their obligations under an agreement made by myself Kuwandis Davis and Cruz and Cruz Realty. There is a case in the Circuit Court Cook County Chancery Division Case no. Ch 24987 that needs financial procurement immediately and is being hendered through the fraudulent and false attestment of signatures and appearances sworn. Though the notary in question I've been in Federal Custody since July 27, 2006 it didn't happen on the day in question it is my understanding of the law that documents of this nature must be signed in the presence of a notary which didn't occur! This is act of false attest. Therefore I ask the courts to grant my motion quashing the Quit claim Deed and to order a hearing of the Notary public before the Court explaining the false attestment

Respectfully Submitted
Kuwandis Davis

I Kuwandis Davis swear under the penalty of perjury I sent a copy to Kenneth Caldwell at 6 Cascade Pointe Atlanta Georgia 30331 on June 1st 2008 at a Federal Correctional institution in Milan Michigan 48160

*Kuwandis Davis*
Kuwandis Davis