MHN

United States District Court
Northern District of Illinois
Eastern Division

Kuwandis Davis

vs.

Metropolitan Bank

FILED
6-2-2008
JUN 2 2008 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CASE NO 08C1238

JUDGE NORDBERG

Motion For Discovery

Here comes the petitioner Kuwandis Davis before this Honorable Court where Judge Nordberg is presiding asking the courts to order Metropolitan Bank to hand over all documents in their file pertaining to a loan given on the property located at 3530 W. Ogden Chgo Illinois and to disclose the name and address of the title company they used to close the loan

Kuwandis Davis 18860-424
Federal Correctional
Institution P.O. Box 1000
Milan Michigan 48160

Respectfully submitted
Kuwandis Davis
Kuwandis Davis