Kuwandis Davis vs. Kenneth Caldwell (08C1238)   MHN

I would like to Amend my Complaint By Adding two Defendants To The Case Metropolitan Bank And Damita Buffington Attorney At law

**FILED**
**6-2-2008**
JUN 2 2008  mb

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

I Kuwandis Davis, swear under penalty of perjury that I sewed a copy to Damita Buffington Attorney At Law 1525 E. 53rd St suite 622 Chicago, IL 60615 by placing it in The Mail At The Federal Correctional Institution Milan Michigan P.O. Box 1000 48160

Kuwandis Davis