Kuwandis Davis vs. Kenneth Caldwell (08C1238) HHN

I would like to amend my complaint by adding two defendants to the case Metropolitan Bank and Damita Buffington Attorney at Law

**FILED**
JUN 2 2008 mB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

I Kuwandis Davis, swear under penalty of perjury that I served a copy of the attached on Metropolitan Bank 2201 W. 22nd St. Chicago, Illinois 60608 by placing it in the mail at the Federal Correctional Institution Milan Michigan P.O Box 1000 48160

Kuwondis Davis