M HR

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Kywandis Davis
_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Kenneth Caldwell
Metropolitan Bank
Danita Buffington
_____

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

RECEIVED
6-2-2008
JUN 2 2008  mB

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case No: 08C1238
(To be supplied by the Clerk of this Court)

08CV1238

AMENDED COMPLAINT

CHECK ONE ONLY:

_____  COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
       U.S. Code (state, county, or municipal defendants)

_____  COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
       28 SECTION 1331 U.S. Code (federal defendants)

__✓__  OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

   A. Name: KUWANDIS DAVIS

   B. Date of Birth: Jan. 20, 1973

   C. List all aliases: John C. Ivy

   D. Prisoner identification number: 18880-424

   E. Place of present confinement: F.C.I. Milan

   F. Address: P.O. Box 1000 Milan Michigan 48160

   (If there is more than one plaintiff, then each plaintiff must list his or her name, date of birth, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: KENNETH CALDWELL

      Title: Real Estate Investor

      Place of Employment: 671 W. Wayman Chgo. IL 60610

   B. Defendant: Metropolitan Bank

      Title: Lender

      Place of Employment: 2201 W. 22nd St. Chicago IL 60608

   C. Defendant: Danita Buffington

      Title: Attorney

      Place of Employment: 1525 E 53rd Suite 622 Chgo. IL 60615

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 5/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: _Kuwandis Davis V. Matthew Mahoney_

B. Approximate date of filing lawsuit: _November 2007_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _Kuwandis Davis   John Livy_

D. List all defendants: _Matthew L. Mahoney_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Northern District of Illinois_

F. Name of judge to whom case was assigned: _Judge Der-Yeghian_

G. Basic claim made: _repayment of monies owed_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Dismissed for error of Bureau of Prisons_

I. Approximate date of disposition: _March 2008_

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I Awaked Metropolitan Bank of the Fraudulent Activity in November of 2007 on the property 3550 W. Ogden Chgo IL 60623. That the Loan they gave on the property was done under good pretenses but of fraudulent Measures. I contacted them through Mail and through my Grandmother indirectly through her conversation and asked of voluntary cessation of all activities that I would provide them with all activities of Kenneth Caldwell that are fraudulent such as forged signatures and a false Attestment given by Notary public. In question Bridgett Weatherly I never got a response to the matter as to there answer to the letter I'd written to them I wrote this letter when I was in Jerome Combs Detention Center Kankakee IL 60901. Due to them not responding has led to more detriment. They have Title Insurance and Title Examiners that look at Documents its clear of the forgery the loan shouldn't've been given in the first place. Its complete Negligence on the Title insurance Company.

① Damita Buffington was Hired May 09, 2006 To put together a petition to do a chapter 13 Bankruptcy on my Behalf Circumstances led to the filing Being postponed not of her doing. I contacted her several times. Through legal calls and letters permitted by my counselor of Record to no Avail! I didnt get a chance to talk to her. My grandmother made several attempts to catch her and when she caught her she refused to do what she was paid to do under Agreement! She first stated it couldnt happen period. I wrote to the Courts and Found out in order to File I would have to pay a filing Fee of 350°° to do so After that I wrote Her and Advised Her of my response to The Courts. I told her time was not on my side that I needed to file the petition because of Fraudulent Activity and this would solve things and give me opportunity to solve things Amicably. She refused to do so because of whatever reasons of Her Discretion I'm being Discriminated Against because of my Confinement. I told her we have access to the Courts as any other individual. It is my understanding though her words because there maybe personal preferences or hers not legal preferences she decides not to do it. She has an ethical responsibility to do this she's under Agreement A Signed Agreement I gave Her the Monies Required to do This Case. She shouldnt be Allowed to interpret the law As she did. By stating what the Courts

5

Revised 9/2007

would do and wouldn't do! Because she didn't want to file the case after she was paid to do so. under scrutiny of the Attorney Review Disciplinary Commission she stated that its under the discretion of the trustee if I would be allowed to have a telephonic meeting. I wrote her and told her that I have a power of Attorney given to me people to do things on my behalf she still didn't file it. she also stated we only called her once which is in fact untrue we've called several times which could be reflected through testimony and phone records if need be! Ms. Buffington is related to this case enlight of the stay I requested from the Courts regarding case # Ch-24987 thats in The Circuit Court of Cook County. Had she performed her duties as a lawyer the particular relief requested through the Courts on my original complaint would be null and void. But because of her actions led me to ask the Courts for stay to give me an opportunity to solve the matters related to case # Ch-24987 This is An ethic violation on her behalf which led me without any choices but to petition the Courts on the behalf of giving me due process which I've been denied through my Attorney Damita Buffington.

V.   **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

① I would like Metropolitan Bank to retract their loan and clear lein off the property and pursue whatever legal matters seth faith to cover their investment and hold me harmless.

② I would like damages awarded that will satisfy the banks arrearages to be done after accounting me they are complete and or damages in the amount of $415,000⁰⁰ to cover the loss of property the greater of the two and order recommending she be disciplined for this violations and a full refund.

VI.   The plaintiff demands that the case be tried by a jury.   ☐ YES   ☑ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __27th__ day of __May__, 20__08__

_____
(Signature of plaintiff or plaintiffs)

__Kuwandis Davis__
(Print name)

__18880-424__
(I.D. Number)

__P.O. Box 1000 Federal Correctional Institution Milan Michigan 48160__
(Address)

6

Revised 5/2007