United States District Court
Northern District of Illinois
Eastern Division

Kuwandis Davis

vs.

Metropolitan Bank

**FILED**

JUN 10 2008
JUN 10 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CASE NO. 08C1238

JUDGE NORDBERG

## Motion For Discovery

Here comes the petitioner Kuwandis Davis before this Honorable Court where Judge Nordberg is presiding asking the Courts to order Metropolitan Bank to hand over all documents in their file pertaining to a loan given on the property located at 3550 W. Ogden Chgo, IL 60623 and disclose the name and address of the title company they used to close the loan

Respectfully Submitted

Kuwandis Davis
Kuwandis Davis

Kuwandis Davis 18880-424
Federal Correctional
Institution P.O. Box 1000
Milan Michigan 48160