Kuwandis Davis V. Danita Buffington,
Kenneth Caldwell
Metropolitan Bank



**FILED**

JUN 1 7 2008 aow
Jun 17, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

I would like to Amend My Complaint for relief requested to 415,000.00 Awarded As a result of my initial Complaint Against Ms. Buffington For the Malpractice of the law. The property in question has Fell to Foreclosure. Had she not Fell through on her Duties As An Attorney none of this Would've Occured

Thank you,
Kuwandis Davis
Kuwandis Davis

## Certificate of Service

I swear under the penalty of perjury I sent Mr. Buffington a copy of this document on the 11th day of June 2008 mailed from Milan Michigan Federal Correctional Institution P.O. Box 1000 48160 from the Mail Room

Kwandis Davis
Kwandis Davis