United States District Court
Northern District of Illinois
Eastern Division

Kuwandis Davis
vs.
Kenneth Caldwell

**FILED**
JUL 1 4 2008
JUL 14, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08cv1238
CASE NO. 08C1238
JUDGE NORDBERG

Here comes the petitioner Kuwandis Davis before the Honorable Court where Judge Nordberg is presiding asking of the Courts decision on my motion filed for recievership on the property located at 3550 W. Ogden Chicago, Illinois 60623. There are pertinent issues that need to be addressed. The property is depreciating rapidly and I most need the courts authority to assist in solving these matters efficiently.

Respectfully Submitted
Kuwandis Davis
Kuwandis Davis